<u>**UNPUBLISHED**</u>

FILED:  December 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2326
(5:13-cv-00066-DSC)

_____

DIANA LOUISE HOUCK; STEVEN G. TATE

Plaintiffs - Appellants

v.

SUBSTITUTE TRUSTEE SERVICES, INC.

Defendant - Appellee

 and

LIFESTORE BANK; GRID FINANCIAL SERVICES, INC.

Defendants

_____

O R D E R

_____

Upon consideration of appellants' motion for clarification of this court's

August 27, 2014, opinion and judgment dismissing this appeal as interlocutory, the

court recalls its mandate and grants panel rehearing.

The clerk shall set a supplemental briefing schedule and tentatively calendar

this case for oral argument at the next available session.

Entered at the direction of Judge Floyd with the concurrence of Judge Keenan and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk